UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
OLIVIA MENDEZ o/b/o E.V.,

              Plaintiff,

- against -

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

              Defendant.
-----------------------------------------------------------X

**JUDGMENT**
16-CV-350 (RRM)

     A Memorandum and Order having been issued this day, denying the defendant's motion for judgment on the pleadings and granting the plaintiff's motion to remand the case for further proceedings consistent with said Memorandum and Order, it is hereby

     ORDERED, ADJUDGED AND DECREED that this action is remanded to the Acting Commissioner of Social Security for further proceedings.

Dated: Brooklyn, New York
          March 30, 2018

*Roslynn R. Mauskopf*

_____
ROSLYNN R. MAUSKOPF
United States District Judge